Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN MINTZ,<br><br>Plaintiff,<br><br>v.<br><br>VICI PROPERTIES INC., JAMES R. ABRAHAMSON, DIANA CANTOR, MONICA HOWARD DOUGLAS, ELIZABETH I. HOLLAND, CRAIG MACNAB, EDWARD B. PITONIAK, and MICHAEL D. RUMBOLZ,<br><br>Defendants. | Case No: 1:21-cv-05788-WFK-TAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Mintz hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: November 17, 2021

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

---

The application is ✓ granted.
SO ORDERED   denied.

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Nov 17, 2021
Brooklyn, New York

1

*Counsel for Plaintiff*

The application is ✓ granted. ___ denied.
SO ORDERED

s/ WFK

William F. Kuntz, II, U.S.D.J.
Dated: Nov. 17, 2021
Brooklyn, New York